1  BARRY J. PORTMAN
   Federal Public Defender
2  NED SMOCK
   Assistant Federal Public Defender
3  555 - 12th Street, Suite 650
   Oakland, CA 94607-3627
4  Telephone: (510) 637-3500

5  Counsel for Defendant DANIELS

6

7

8              UNITED STATES DISTRICT COURT

9              NORTHERN DISTRICT OF CALIFORNIA

10             OAKLAND DIVISION

11

12

13 UNITED STATES OF AMERICA,        )   No. CR-10-0900 PJH
                                    )
14        Plaintiff,                )   STIPULATED REQUEST TO CONTINUE
                                    )   HEARING DATE TO FEBRUARY 28,
15     v.                           )   2011 AND TO EXCLUDE TIME UNDER
                                    )   THE SPEEDY TRIAL ACT
16 DAVID FLYNN DANIELS,             )
                                    )   Date:   February 3, 2011
17        Defendant.                )   Time:   9:30 a.m.
                                    )   Court:  Hon. Laurel Beeler
18                                  )
                                    )
19 _____  )

20

21     The above-captioned matter is set on February 3, 2011 before Magistrate Judge Laurel

22 Beeler for a status hearing.  The parties request that this Court continue the hearing to February

23 28, 2011 at 9:30 a.m. before Magistrate Judge Laurel Beeler and that the Court exclude time

24 under the Speedy Trial Act between February 3, 2011 and February 28, 2011.

25     Mr. Daniels made his initial appearance just over one month ago.  The government has

26 provided a batch of discovery.  The defense has made a supplemental discovery request and the

27 government is looking into obtaining the requested materials.  In addition, defense counsel needs

28

STIP. REQ. TO CONTINUE HEARING DATE TO FEBRUARY 28, 2011 AND TO EXCLUDE TIME
No. CR-10-0900 PJH

additional time to perform necessary investigation and obtain relevant documents. The parties agree the ends of justice served by granting the continuance outweigh the best interests of the public and defendant in a speedy trial. Therefore, the parties further stipulate and request that the Court exclude time between February 3, 2011 and February 28, 2011 in accordance with the provisions of the Speedy Trial Act, 18 U.S.C. §§ 3161(h)(7)(A) and (B)(iv) for adequate preparation of counsel.

DATED: January 31, 2011

 /s/ Joseph Audal  
JOSEPH AUDAL  
Special Assistant United States Attorney  
Counsel for United States

 /s/ Ned Smock  
NED SMOCK  
Counsel for David Daniels

STIP. REQ. TO CONTINUE HEARING DATE TO FEBRUARY 28, 2011 AND TO EXCLUDE TIME
No. CR-10-0900 PJH

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR-10-0900 PJH |
| Plaintiff, | ) ) | [PROPOSED] ORDER GRANTING STIPULATED REQUEST TO CONTINUE HEARING DATE TO FEBRUARY 28, 2011 AND TO EXCLUDE TIME UNDER THE SPEEDY TRIAL ACT |
| v. | ) ) ) | |
| DAVID FLYNN DANIELS, | ) ) | |
| Defendant. | ) ) ) | |

The parties jointly requested that the hearing in this matter be continued from February 3, 2011 to February 28, 2011, and that time be excluded under the Speedy Trial Act between February 3, 2011 and February 28, 2011 to allow for the effective preparation of counsel, taking into account the exercise of due diligence, and continuity of defense counsel.  The government has provided a batch of discovery.  The defense has made a supplemental discovery request and the government is looking into obtaining the requested materials.  In addition, defense counsel needs additional time to perform necessary investigation and obtain relevant documents.  For these stated reasons, the Court finds that the ends of justice served by granting the continuance outweigh the best interests of the public and defendant in a speedy trial.  Good cause appearing therefor, and pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and (B)(iv) for adequate preparation of counsel.

**IT IS HEREBY ORDERED** that the status hearing in this matter is continued to February 28, 2011 at 9:30 a.m. before Magistrate Judge Laurel Beeler, and that time between February 3, 2011 and February 28, 2011 is excluded under the Speedy Trial Act to allow for the

STIP. REQ. TO CONTINUE HEARING DATE TO FEBRUARY 28, 2011 AND TO EXCLUDE TIME
No. CR-10-0900 PJH

1  effective preparation of counsel, taking into account the exercise of due diligence, and continuity
2  of defense counsel.
3
4  DATED: February 1, 2011                           _____
5                                                    LAUREL BEELER
                                                     United States Magistrate Judge
6

STIP. REQ. TO CONTINUE HEARING DATE TO FEBRUARY 28, 2011 AND TO EXCLUDE TIME
No. CR-10-0900 PJH